JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BROWN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>THERESA CISNEROS, Acting Warden,<br><br>　　　　　Respondent. | Case No. 2:21-CV-05325 SVW (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: July 8, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE